**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **ADELA D. JUAREZ** | Social Security number or ITIN **xxx–xx–6076** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Northern District of Illinois**

Case number:  **16–26633**

## Order of Discharge                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

ADELA D. JUAREZ
aka Adela Juarez

November 15, 2016                          **For the court:**          Jeffrey P. Allsteadt, Clerk
                                                                        United States Bankruptcy
                                                                        Court

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support
obligations;

♦ debts for most student loans;

♦ debts for most taxes;

♦ debts that the bankruptcy court has
decided or will decide are not discharged
in this bankruptcy case;

♦ debts for most fines, penalties,
forfeitures, or criminal restitution
obligations;

♦ some debts which the debtors did not
properly list;

♦ debts for certain types of loans owed to
pension, profit sharing, stock bonus, or
retirement plans; and

♦ debts for death or personal injury caused
by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation
agreement are not discharged.

In addition, this discharge does not stop
creditors from collecting from anyone else who
is also liable on the debt, such as an insurance
company or a person who cosigned or
guaranteed a loan.

---

**This information is only a general summary
of the bankruptcy discharge; some
exceptions exist. Because the law is
complicated, you should consult an
attorney to determine the exact effect of the
discharge in this case.**

---

United States Bankruptcy Court
Northern District of Illinois

```
In re:                                                          Case No. 16-26633-DRC
ADELA D. JUAREZ                                                 Chapter 7
        Debtor
```

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: admin          Page 1 of 5          Date Rcvd: Nov 15, 2016
                              Form ID: 318         Total Noticed: 120
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 17, 2016.
```
db             +ADELA D. JUAREZ,    155 W. Elk Trail, Unit 254,    Carol Stream, IL 60188-9375
24822686       +Amexdsnb,    American Express / Dept. Store NB,    9111 Duke Blvd,    Mason, OH 45040-8999
24822687       +Best Buy,    Best Buy Credit Services,    PO Box 78009,    Phoenix, AZ 85062-8009
24822688       +Bradley Sayad,    PO Box 909886,    Chicago, IL 60690-9799
24822749       ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  Home Depot Credit Services,    PO Box 78011,    Phoenix, AZ 85062)
24822692       +Cap1/Carson's,    26525 N. Riverwoods Blvd.,    Mettawa, IL 60045-3440
24822696       +Carolshire Commons COA,    Bd of Mgrs of Carolshire Commons CA,    780-259 W. Army Trail Road,
                Carol Stream, IL 60188-9297
24822698       +Carolshire Commons COA,    780 W. Army Trail Road, #259,    Carol Stream, IL 60188-9297
24822701       +Cbna / Citibank, N.A.,    PO Box 6497,    Sioux Falls, SD 57117-6497
24822702       +Cbna / Citibank, N.A.,    50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
24822707       +Citibank, N.A. / Sears,    PO Box 6497,    Sioux Falls, SD 57117-6497
24822709       +Client Services, Inc.,    3451 Harry S. Truman Blvd.,    Saint Charles, MO 63301-9816
24822710       +Client Services, Inc.,    PO Box 1503,    Saint Peters, MO 63376-0027
24822718       +Comcast,    155 Industrial Drive,    Elmhurst, IL 60126-1618
24822717       +Comcast,    2001 York Road,    Oak Brook, IL 60523-1973
24822719       +Comcast / Comcast Cable Communica,    P.O. Box 3002,    Southeastern, PA 19398-3002
24822727       +Credit Control, LLC,    PO Box 31179,    Tampa, FL 33631-3179
24822733       +Department Stores National Bank,    PO Box 3107,    Southeastern, PA 19398-3107
24822734       +Dependon Collection Service, Inc.,    P.O. Box 4833,    Oak Brook, IL 60522-4833
24822738       +Eastern Account System,    75 Glen Rd Ste 310,    Sandy Hook, CT 06482-1175
24822740       +Edgerton & Edgerton,    125 Wood Street,    PO Box 218,    West Chicago, IL 60186-0218
24822742       +GC Services Limited Partnership,    Collection Agency Division,    6330 Gulfton,
                Houston, TX 77081-1108
24822743       +Global Credit & Collection Corp.,    300 International Drive, Ste. 100,    Box 201,
                Williamsville, NY 14221-5783
24822753       +Macy's American Express Account,    PO Box 183084,    Columbus, OH 43218-3084
24822757       +Midland Credit Management, Inc.,    PO Box 13105,    Roanoke, VA 24031-3105
24822767       +Monarch Recovery Management Inc.,    PO Box 16119,    Philadelphia, PA 19114-0119
24822771       +Nissan Motor Acceptance,    Po Box 660360,    Dallas, TX 75266-0360
24822772       +Ocwen Loan Servicing LLC,    12650 Ingenuity Drive,    Orlando, FL 32826-2703
24822773       +Ocwen Loan Servicing LLC,    3451 Hammond Ave,    Waterloo, IA 50702-5345
24822799       +Professional Bureau of Collections,    of Maryland, Inc.,    P.O. Box 4157,
                Greenwood Village, CO 80155-4157
24822809       +Sanford Kahn Ltd.,    180 N. LaSalle Street, Ste. 2025,    Chicago, IL 60601-2612
24822811       +Sanjay Jutla,    11 E. Adams, #906,    Chicago, IL 60603-6306
24822810       +Sanjay Jutla,    55 E. Jackson, 16th Floor,    Chicago, IL 60604-4466
24822812        Scarlato & Sons,    2791 Washington Blvd.,    Bellwood, IL 60104
24822813       +Scott L. Spiegel,    Law Office of Daniel Goodman, LLC,    9701 W. Higgins Road, Ste. 601,
                Rosemont, IL 60018-4703
24822817       +Swindler, Keith S.,    1990 E. Algonquin Road, Ste. 180,    Schaumburg, IL 60173-4164
24822833       +T-Mobile,    1401 W. North Avenue,    Melrose Park, IL 60160-1511
24822848       +T-Mobile,    205 W. 87th Street,    Chicago, IL 60620-1321
24822851       +T-Mobile,    1001 75th Street,    Woodridge, IL 60517-2659
24822830       +T-Mobile,    2000 W. Chicago Avenue,    Chicago, IL 60622-5184
24822845       +T-Mobile,    4612 S. Kedzie Avenue,    Chicago, IL 60632-2945
24822847       +T-Mobile,    6342 N. Cicero Avenue,    Chicago, IL 60646-4422
24822850       +T-Mobile,    3951 N. Kimball Avenue,    Chicago, IL 60618-3318
24822841       +T-Mobile,    36 S. State Street,    Chicago, IL 60603-2607
24822849       +T-Mobile,    6216 N. Western Avenue,    Chicago, IL 60659-2818
24822831       +T-Mobile,    6179 N. Lincoln Avenue,    Chicago, IL 60659-2313
24822838       +T-Mobile,    4830 N. Pulaski Road,    Chicago, IL 60630-2852
24822836       +T-Mobile,    5123 S. Pulaski Road,    Chicago, IL 60632-4219
24822859       +Van Ru Credit Corp.,    1350 E. Touhy Avenue, Ste. 100E,    Des Plaines, IL 60018-3337
24822862       +Village of Carol Stream,    Village of Carol Stream, IL,    500 N. Gary Avenue,
                Carol Stream, IL 60188-1899
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr             +EDI: QBPHELMS.COM Nov 16 2016 03:03:00     Brenda Porter Helms, ESQ,    The Helms Law Firm, P.C.,
                3400 West Lawrence,    Chicago, IL 60625-5104
24822674       +EDI: ALLIANCEONE.COM Nov 16 2016 03:03:00     AllianceOne Receivables Mgmt Inc.,
                P.O. Box 211128,    Eagan, MN 55121-2528
24822679       +EDI: ALLIANCEONE.COM Nov 16 2016 03:03:00     AllianceOne Receivables Mgmt., Inc.,
                4850 Street Rd., Ste. 300,    Trevose, PA 19053-6643
24822678       +EDI: ALLIANCEONE.COM Nov 16 2016 03:03:00     AllianceOne Receivables Mgmt., Inc.,
                P.O. Box 3100,    Southeastern, PA 19398-3100
24822677       +EDI: ALLIANCEONE.COM Nov 16 2016 03:03:00     AllianceOne Receivables Mgmt., Inc.,
                P.O. Box 3102,    Southeastern, PA 19398-3102
24822843        EDI: AISTMBL.COM Nov 16 2016 03:03:00     T-Mobile,    1451 E. 53rd Street,    Chicago, IL 60615
24822842        EDI: AISTMBL.COM Nov 16 2016 03:03:00     T-Mobile,    1639 N. Milwaukee Avenue,
                Chicago, IL 60647
24822853        EDI: AISTMBL.COM Nov 16 2016 03:03:00     T-Mobile,    221 E. Roosevelt Road,
                Lombard, IL 60148
```

```
District/off: 0752-1          User: admin              Page 2 of 5              Date Rcvd: Nov 15, 2016
                              Form ID: 318              Total Noticed: 120


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24822834       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     2515 W. North Avenue,
               Melrose Park, IL 60160
24822839       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     2737 N. Elston Avenue,
               Chicago, IL 60647
24822835       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     2911 W. Addison Street,
               Chicago, IL 60618
24822840       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     4714 N. Broadway Street,
               Chicago, IL 60640
24822829       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     606 W. Roosevelt Road,
               Chicago, IL 60607
24822837       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     7601 S. Cicero Avenue,
               Chicago, IL 60652
24822846       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,     845 N. Michigan Avenue,
               Chicago, IL 60611
24822832       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,    PO Box 742596,   Cincinnati, OH 45274
24822828       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile,    PO Box 790047,   Saint Louis, MO 63179
24822855       EDI: AISTMBL.COM Nov 16 2016 03:03:00        T-Mobile USA,   12920 SE 38th Street,
               Bellevue, WA 98006
24822691      +EDI: CAPITALONE.COM Nov 16 2016 03:03:00      Cap1/BestBuy,   26525 N Riverwoods Blvd.,
               Mettawa, IL 60045-3440
24822693      +E-mail/Text: cms-bk@cms-collect.com Nov 16 2016 03:53:41      Capital Management Services, LP,
               698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
24822700      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Carson's,   PO Box 659813,   San Antonio, TX 78265-9113
24822703      +EDI: CHASE.COM Nov 16 2016 03:03:00       Chase / Chase Bank USA, N.A.,   P.O. Box 15298,
               Wilmington, DE 19850-5298
24822704      +EDI: CITICORP.COM Nov 16 2016 03:03:00      Citibank (South Dakota), NA,   The Home Depot,
               PO Box 6497,   Sioux Falls, SD 57117-6497
24822705      +EDI: CITICORP.COM Nov 16 2016 03:03:00      Citibank, N.A.,   PO Box 769006,
               San Antonio, TX 78245-9006
24822706      +EDI: CITICORP.COM Nov 16 2016 03:03:00      Citibank, N.A.,   701 East 60th Street North,
               Sioux Falls, SD 57104-0493
24822720      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Comenity Bank,   Bankruptcy Department,   PO Box 182125,
               Columbus, OH 43218-2125
24822721      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Comenity Bank / Carson's,   3100 Easton Square Pl,
               Columbus, OH 43219-6232
24822722      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Comenity Bank / Roomplace,   PO Box 182789,
               Columbus, OH 43218-2789
24822723      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Comenity Bank / The RoomPlace,   Bankruptcy Department,
               PO Box 182125,   Columbus, OH 43218-2125
24822724      +EDI: WFNNB.COM Nov 16 2016 03:03:00       Comenity Bank / Victoria's Secret,
               Bankruptcy Department,   PO Box 182125,   Columbus, OH 43218-2125
24822725      +EDI: CONVERGENT.COM Nov 16 2016 03:04:00      Convergent Outsourcing, Inc.,   800 SW 39th Street,
               PO Box 9004,   Renton, WA 98057-9004
24822731      +EDI: CRFRSTNA.COM Nov 16 2016 03:03:00      Credit First N A,   PO Box 81344,
               Cleveland, OH 44188-0001
24822730      +EDI: CRFRSTNA.COM Nov 16 2016 03:03:00      Credit First N A,   6275 Eastland Road,
               Brookpark, OH 44142-1399
24822737       EDI: DIRECTV.COM Nov 16 2016 03:04:00       DirecTV, Inc.,   PO Box 78626,   Phoenix, AZ 85062
24822736       EDI: DIRECTV.COM Nov 16 2016 03:04:00       DirecTV, Inc.,   PO Box 9001069,
               Louisville, KY 40290
24822732      +EDI: TSYS2.COM Nov 16 2016 03:03:00       Department Stores National Bank,   Macy's Star Rewards,
               P.O. Box 689195,   Des Moines, IA 50368-9195
24822741      +EDI: CRFRSTNA.COM Nov 16 2016 03:03:00      Firestone Complete Auto Care,   PO Box 81410,
               Cleveland, OH 44181-0410
24822744      +EDI: LEADINGEDGE.COM Nov 16 2016 03:04:00      Global Credit & Collection Corp.,
               5440 N. Cumberland Ave., Ste. 300,   Chicago, IL 60656-1486
24822750      +EDI: RMSC.COM Nov 16 2016 03:03:00       JCPenney,   PO Box 960090,   Orlando, FL 32896-0090
24822751      +E-mail/Text: jawall@ktjlaw.com Nov 16 2016 03:56:34      Klein, Thorpe & Jenkins, Ltd.,
               20 N. Wacker Drive, Ste. 1660,   Chicago, IL 60606-2903
24822752      +EDI: TSYS2.COM Nov 16 2016 03:03:00       Macy's,   PO Box 183083,   Columbus, OH 43218-3083
24822754      +EDI: TSYS2.COM Nov 16 2016 03:03:00       Mcydsnb / Macy's,   9111 Duke Blvd.,
               Mason, OH 45040-8999
24822755      +EDI: MID8.COM Nov 16 2016 03:03:00       Midland Credit Management, Inc.,   P.O. Box 60578,
               Los Angeles, CA 90060-0578
24822756      +EDI: MID8.COM Nov 16 2016 03:03:00       Midland Credit Management, Inc.,   8875 Aero Drive,
               San Diego, CA 92123-2255
24822761      +EDI: MID8.COM Nov 16 2016 03:03:00       Midland Credit Mgmt., Inc.,   Department 8870,
               Los Angeles, CA 90084-0001
24822765      +EDI: MID8.COM Nov 16 2016 03:03:00       Midland Funding LLC,   8875 Aero Drive, Ste. 200,
               San Diego, CA 92123-2255
24822763      +EDI: MID8.COM Nov 16 2016 03:03:00       Midland Funding LLC,   Midland Credit Management, Inc.,
               P.O. Box 60578,   Los Angeles, CA 90060-0578
24822782       EDI: PRA.COM Nov 16 2016 03:03:00       Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
               Norfolk, VA 23502
24822781       EDI: PRA.COM Nov 16 2016 03:03:00       Portfolio Recovery Associates, LLC,   P.O. Box 12914,
               Norfolk, VA 23541
24822775      +EDI: PRA.COM Nov 16 2016 03:03:00       Portfolio Recovery & Affiliates,
               Portfolio Recovery Associates LLC,   120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
```

```
District/off: 0752-1          User: admin          Page 3 of 5          Date Rcvd: Nov 15, 2016
                             Form ID: 318           Total Noticed: 120


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
24822806      +E-mail/Text: Supportservices@receivablesperformance.com Nov 16 2016 03:56:47
               Receivables Performance Management,   PO Box 1548,   Lynnwood, WA 98046-1548
24822805      +E-mail/Text: Supportservices@receivablesperformance.com Nov 16 2016 03:56:47
               Receivables Performance Management,   20816 44th Avenue W,   Lynnwood, WA 98036-7744
24822814      +EDI: SEARS.COM Nov 16 2016 03:03:00      Sears Credit Cards,   Sears Gold MasterCard,
               PO Box 688957,   Des Moines, IA 50368-8957
24822815      +EDI: SEARS.COM Nov 16 2016 03:03:00      Sears Credit Cards,   PO Box 688956,
               Des Moines, IA 50368-8956
24822819      +EDI: RMSC.COM Nov 16 2016 03:03:00      Syncb / JCPenney,   Synchrony Bank / JCPenney,
               PO Box 965007,   Orlando, FL 32896-5007
24822820      +EDI: RMSC.COM Nov 16 2016 03:03:00      Syncb / Walmart Dc,   Synchrony Bank / Walmart,
               PO Box 965024,   Orlando, FL 32896-5024
24822821      +EDI: RMSC.COM Nov 16 2016 03:03:00      Syncb/Lowes,   Po Box 965005,   Orlando, FL 32896-5005
24822823      +EDI: RMSC.COM Nov 16 2016 03:03:00      Syncb/Walmart,   Po Box 965024,   Orlando, FL 32896-5024
24822822       EDI: RMSC.COM Nov 16 2016 03:03:00      Syncb/Walmart,   Po Box 965024,   El Paso, TX 79998
24822824      +EDI: RMSC.COM Nov 16 2016 03:03:00      Synchrony Bank,   Attn: Bankruptcy Dept.,
               PO Box 965060,   Orlando, FL 32896-5060
24822826      +EDI: RMSC.COM Nov 16 2016 03:03:00      Synchrony Bank / JCPenney,   PO Box 960090,
               Orlando, FL 32896-0090
24822827      +EDI: RMSC.COM Nov 16 2016 03:03:00      Synchrony Bank / Walmart,   Attn: Bankruptcy Dept.,
               PO Box 965060,   Orlando, FL 32896-5060
24822854       EDI: AISTMBL.COM Nov 16 2016 03:03:00      T-Mobile Financial,   PO Box 2400,
               Young America, MN 55553
24822856      +EDI: WFNNB.COM Nov 16 2016 03:03:00      The RoomPlace,   PO Box 659704,
               San Antonio, TX 78265-9704
24822857      +EDI: URSI.COM Nov 16 2016 03:03:00      United Recovery Systems, LP,   P.O. Box 722910,
               Houston, TX 77272-2910
24822861      +EDI: WFNNB.COM Nov 16 2016 03:03:00      Victoria's Secret,   P.O. Box 659728,
               San Antonio, TX 78265-9728
24822860      +EDI: WFNNB.COM Nov 16 2016 03:03:00      Victoria's Secret,   c/o WFNNB - Bankruptcy Department,
               P.O. Box 182125,   Columbus, OH 43218-2125
24822863      +EDI: RMSC.COM Nov 16 2016 03:03:00      Walmart MasterCard,   PO Box 960024,
               Orlando, FL 32896-0024
24822865      +EDI: WFNNB.COM Nov 16 2016 03:03:00      World Financial Network Bank,
               WFNNB - Bankruptcy Department,   P.O. Box 182125,   Columbus, OH 43218-2125
24822866      +EDI: WFNNB.COM Nov 16 2016 03:03:00      World Financial Network Bank,
               One Righter Parkway, Ste. 100,   Wilmington, DE 19803-1533
                                                                              TOTAL: 70


              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
24822675*     +AllianceOne Receivables Mgmt Inc.,   P.O. Box 211128,   Eagan, MN 55121-2528
24822676*     +AllianceOne Receivables Mgmt Inc.,   P.O. Box 211128,   Eagan, MN 55121-2528
24822682*     +AllianceOne Receivables Mgmt., Inc.,   4850 Street Rd., Ste. 300,   Trevose, PA 19053-6643
24822684*     +AllianceOne Receivables Mgmt., Inc.,   4850 Street Rd., Ste. 300,   Trevose, PA 19053-6643
24822681*     +AllianceOne Receivables Mgmt., Inc.,   P.O. Box 3100,   Southeastern, PA 19398-3100
24822683*     +AllianceOne Receivables Mgmt., Inc.,   P.O. Box 3100,   Southeastern, PA 19398-3100
24822680*     +AllianceOne Receivables Mgmt., Inc.,   P.O. Box 3102,   Southeastern, PA 19398-3102
24822685*     +AllianceOne Receivables Mgmt., Inc.,   P.O. Box 3102,   Southeastern, PA 19398-3102
24822690*     +Bradley Sayad,   Fulton, Friedman & Gullace, LLP,   5 E. Van Buren, Ste. 214,
               Joliet, IL 60432-4224
24822694*     +Capital Management Services, LP,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
24822695*     +Capital Management Services, LP,   698 1/2 South Ogden Street,   Buffalo, NY 14206-2317
24822697*     +Carolshire Commons COA,   Bd of Mgrs of Carolshire Commons CA,   780-259 W. Army Trail Road,
               Carol Stream, IL 60188-9297
24822699*     +Carolshire Commons COA,   780 W. Army Trail Road, #259,   Carol Stream, IL 60188-9297
24822708*     +Citibank, N.A. / Sears,   PO Box 6497,   Sioux Falls, SD 57117-6497
24822712*     +Client Services, Inc.,   PO Box 1503,   Saint Peters, MO 63376-0027
24822714*     +Client Services, Inc.,   PO Box 1503,   Saint Peters, MO 63376-0027
24822716*     +Client Services, Inc.,   PO Box 1503,   Saint Peters, MO 63376-0027
24822711*     +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
24822713*     +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
24822715*     +Client Services, Inc.,   3451 Harry S. Truman Blvd.,   Saint Charles, MO 63301-9816
24822726*     +Convergent Outsourcing, Inc.,   800 SW 39th Street,   PO Box 9004,   Renton, WA 98057-9004
24822728*     +Credit Control, LLC,   PO Box 31179,   Tampa, FL 33631-3179
24822729*     +Credit Control, LLC,   PO Box 31179,   Tampa, FL 33631-3179
24822739*     +Eastern Account System,   75 Glen Rd Ste 310,   Sandy Hook, CT 06482-1175
24822745*     +Global Credit & Collection Corp.,   300 International Drive, Ste. 100,   Box 201,
               Williamsville, NY 14221-5783
24822746*     +Global Credit & Collection Corp.,   5440 N. Cumberland Ave., Ste. 300,   Chicago, IL 60656-1486
24822747*     +Global Credit & Collection Corp.,   5440 N. Cumberland Ave., Ste. 300,   Chicago, IL 60656-1486
24822748*     +Global Credit & Collection Corp.,   5440 N. Cumberland Ave., Ste. 300,   Chicago, IL 60656-1486
24822760*     +Midland Credit Management, Inc.,   PO Box 13105,   Roanoke, VA 24031-3105
24822758*     +Midland Credit Management, Inc.,   P.O. Box 60578,   Los Angeles, CA 90060-0578
24822759*     +Midland Credit Management, Inc.,   8875 Aero Drive,   San Diego, CA 92123-2255
24822762*     +Midland Credit Mgmt., Inc.,   Department 8870,   Los Angeles, CA 90084-0001
24822766*     +Midland Funding LLC,   8875 Aero Drive, Ste. 200,   San Diego, CA 92123-2255
24822764*     +Midland Funding LLC,   Midland Credit Management, Inc.,   P.O. Box 60578,
               Los Angeles, CA 90060-0578
```

```
District/off: 0752-1          User: admin            Page 4 of 5              Date Rcvd: Nov 15, 2016
                              Form ID: 318            Total Noticed: 120


          ***** BYPASSED RECIPIENTS (continued) *****
24822768*      +Monarch Recovery Management Inc.,   PO Box 16119,   Philadelphia, PA 19114-0119
24822769*      +Monarch Recovery Management Inc.,   PO Box 16119,   Philadelphia, PA 19114-0119
24822770*      +Monarch Recovery Management Inc.,   PO Box 16119,   Philadelphia, PA 19114-0119
24822785*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                Norfolk, VA 23502)
24822788*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                Norfolk, VA 23502)
24822791*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                Norfolk, VA 23502)
24822794*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                Norfolk, VA 23502)
24822797*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   120 Corporate Blvd.,
                Norfolk, VA 23502)
24822784*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541)
24822787*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541)
24822790*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541)
24822793*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541)
24822796*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   P.O. Box 12914,
                Norfolk, VA 23541)
24822783*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822786*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822789*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822792*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822795*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822798*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,   PO Box 12903,
                Norfolk, VA 23541)
24822776*      +Portfolio Recovery & Affiliates,   Portfolio Recovery Associates LLC,
                120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
24822777*      +Portfolio Recovery & Affiliates,   Portfolio Recovery Associates LLC,
                120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
24822778*      +Portfolio Recovery & Affiliates,   Portfolio Recovery Associates LLC,
                120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
24822779*      +Portfolio Recovery & Affiliates,   Portfolio Recovery Associates LLC,
                120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
24822780*      +Portfolio Recovery & Affiliates,   Portfolio Recovery Associates LLC,
                120 Corporate Blvd., Ste. 1,   Norfolk, VA 23502-4952
24822802*      +Professional Bureau of Collections,   of Maryland, Inc.,   P.O. Box 628,
                Elk Grove, CA 95759-0628
24822804*      +Professional Bureau of Collections,   of Maryland, Inc.,   P.O. Box 628,
                Elk Grove, CA 95759-0628
24822801*      +Professional Bureau of Collections,   of Maryland, Inc.,   P.O. Box 4157,
                Greenwood Village, CO 80155-4157
24822803*      +Professional Bureau of Collections,   of Maryland, Inc.,   P.O. Box 4157,
                Greenwood Village, CO 80155-4157
24822808*      +Receivables Performance Management,   PO Box 1548,   Lynnwood, WA 98046-1548
24822807*      +Receivables Performance Management,   20816 44th Avenue W,   Lynnwood, WA 98036-7744
24822818*      +Swindler, Keith S.,   1990 E. Algonquin Road, Ste. 180,   Schaumburg, IL 60173-4164
24822825*      +Synchrony Bank,   Attn: Bankruptcy Dept.,   PO Box 965060,   Orlando, FL 32896-5060
24822844*      +T-Mobile,   4830 N. Pulaski Road,   Chicago, IL 60630-2852
24822858*      +United Recovery Systems, LP,   P.O. Box 722910,   Houston, TX 77272-2910
24822864*      +Walmart MasterCard,   PO Box 960024,   Orlando, FL 32896-0024
```

```
District/off: 0752-1        User: admin            Page 5 of 5              Date Rcvd: Nov 15, 2016
                           Form ID: 318            Total Noticed: 120

24822689      ##+Bradley Sayad,   Fulton, Friedman & Gullace, LLP,    5 E. Van Buren, Ste. 214,
                 Joliet, IL 60432-4224
24822735      ##+Dependon Collection Service, Inc.,   Attn: Tommy Markie Bruno,   120 W. 22nd Street,
                 Oak Brook, IL 60523-4070
24822774      ##+P. Scott Lowery, P.C.,   5680 Greenwood Plaza Blvd.,   Suite 500,
                 Greenwood Village, CO 80111-2415
24822800      ##+Professional Bureau of Collections,   of Maryland, Inc.,   P.O. Box 628,
                 Elk Grove, CA 95759-0628
24822816      ##+Stein & Rotman,   105 W. Madison, Ste. 600,   Chicago, IL 60602-4672
24822852      ##+T-Mobile,   2243 Maple Avenue,   Downers Grove, IL 60515-4404
                                                                       TOTALS: 0, * 69, ## 6
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 17, 2016                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2016 at the address(es) listed below:
              Brenda Porter Helms, ESQ    brenda.helms@albanybank.com,   bhelms@ecf.epiqsystems.com
              Gregory D. Bruno    on behalf of Debtor 1 ADELA D. JUAREZ mpbrunos@aol.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                       TOTAL: 3
```